IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION OF NORTHERN CALIFORNIA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ALEX PADILLA, California Secretary of State, <br><br> Defendant. | No. C 16-06287 WHA <br><br> **ORDER SETTING HEARING ON TEMPORARY RESTRAINING ORDER** |

A hearing on plaintiffs' application for a temporary restraining order is hereby set for **WEDNESDAY, NOVEMBER 2 AT NOON**.

**IT IS SO ORDERED.**

Dated: October 31, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE