IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION OF NORTHERN CALIFORNIA, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>ALEX PADILLA, California Secretary of State,<br><br>Defendant. | No. C 16-06287 WHA<br><br>**ORDER DENYING REQUEST FOR TEMPORARY RESTRAINING ORDER** |

For the reasons stated on the record at the hearing, all preliminary relief sought by plaintiffs is **DENIED**.

**IT IS SO ORDERED.**

Dated: November 1, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE